CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY A. BEARD, et al.,<br><br>　　　　Defendants. | Hon. Renée Marie Bumb<br><br>Civil No. 08-0743 (RMB)<br><br>**ORDER** |

　　For the reasons expressed in the Memorandum Opinion accompanying this Order,

　　**IT IS** on this, the **24th** day of **September 2009**, hereby

　　**ORDERED** that the Clerk shall **REOPEN** the file for the purpose of entertaining Plaintiff's motion [docket entry #9] for reconsideration; and it is further

　　**ORDERED** that Plaintiff's motion [docket entry #9] for reconsideration shall be **GRANTED-IN-PART** and **DENIED-IN-PART**:

　　1.　Plaintiff's *in forma pauperis* application shall be denied *without prejudice*; and

　　2.　Plaintiff may, within *30 days* of entry of this Order, submit another *in forma pauperis* application that states facts establishing a threat of imminent future danger; and it is finally

　　**ORDERED** that the Clerk of the Court shall **SERVE** this Order

and the accompanying Memorandum Opinion upon Plaintiff by regular mail and shall **RE-CLOSE** the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
