# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALTON D. BROWN, | Hon. Renée Marie Bumb |
| Plaintiff, | Civil No. 08-0743 (RMB) |
| v. | **ORDER** |
| JEFFREY A. BEARD, et al., |  |
| Defendants. |  |

For the reasons expressed in the Memorandum Opinion accompanying this Order,

IT IS on this **25th** day of **March 2010**,

**ORDERED** that the Clerk shall reopen the file; and it is further

**ORDERED** that Plaintiff's renewed request to proceed in forma pauperis is **DENIED**; and it is further

**ORDERED** that the Clerk shall serve this Order and the accompanying Memorandum Opinion upon Plaintiff by regular mail, and shall administratively terminate the file; and it is finally

**ORDERED** that, if Plaintiff prepays the $350.00 filing fee within 45 days of the date of the entry of this Order, then this Court will reopen the file and screen the pleadings for dismissal.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**